Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Fax: (562) 394-9556

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ross Cornell,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Office of the District Attorney, County of Riverside, et al.,<br><br>　　　　　Defendants. | Case No.<br>　5:22-cv-00789-JWH-SHK<br><br>**PROOF OF SERVICE** |

-1-
**PROOF OF SERVICE**

# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of California

Case Number: 5:22-CV-00789
JWH (SHKX)

Plaintiff:
**ROSS CORNELL**

vs.

Defendant:
**OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF RIVERSIDE
AND DOES 1-100, INCLUSIVE**

For:
Ross Cornell, Esq.
LAW OFFICES OF ROSS CORNELL
111 W. Ocean Blvd. Ste. 400
Long Beach, CA 90802

Received by AAA Attorney Services II, Inc. to be served on **OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF RIVERSIDE, 3960 ORANGE ST., RIVERSIDE, CA 92501**.

I, STEPHANIE BEMAN, do hereby affirm that on the **10th day of May, 2022** at **2:47 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBITS "A - C", CIVIL COVER SHEET, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION, [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE, DECLARATION OF ROSS CORNELL IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE, EXHIBITS "A - D", DECLARATION OF BRYAN ESTRADA IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE, DECLARATION OF ADELFO CERAME, JR. IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE OF PARTIES OF COURT-DIRECTED ADR PROGRAM** with the date and hour of service endorsed thereon by me, to: **ANGIE L.** as **RECEPTIONIST** at the address of: **3960 ORANGE ST., RIVERSIDE, CA 92501**, who stated they are authorized to accept service for **OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF RIVERSIDE**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: AF AMER, Height: 5-8, Weight: 210, Hair: BROWN, Glasses: N

## RETURN OF SERVICE For 5:22-CV-00789 JWH (SHKX)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_\[signature: Stephanie Beman\]_
**STEPHANIE BEMAN**
PS - 1305

_5/10/2022_
**Date**

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number: ACA-2022002827
Service Fee: $117.05