# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS CORNELL<br><br>Plaintiff(s),<br><br>v.<br><br>OFFICE OF THE DISTRICT ATTORNEY,<br>COUNTY OF RIVERSIDE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:22–cv–00789–JWH–SHK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __5/10/2022__

Document Number(s):   __11__

Title of Document(s):   __PROOF OF SERVICE__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service/Waivers of Summons and Complaints ––––>Service of Summons and Complaint Returned Executed

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _May 10, 2022_         By:   _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.