NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CALLAHAN & BLAINE, APLC
David J. Darnell (SBN 210166)
ddarnell@callahan-law.com
Gaurav K. Reddy (SBN 259496)
greddy@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444

CLEAR FORM

ATTORNEY(S) FOR: Plaintiffs Ross Cornell and Bryan Estrada

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ross Cornell, an individual, and Bryan Estrada, an individual,

Plaintiff(s),

v.

Office of the District Attorney, County of Riverside, and Does 1-100, inclusive,

Defendant(s).

CASE NUMBER:

5:22-cv-00789 JWH (SHKx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ross Cornell and Bryan Estrada or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ross Cornell | Plaintiff |
| Bryan Estrada | Plaintiff |
| Office of the District Attorney, County of Riverside | Defendant |

May 26, 2022
Date

s/ Gaurav K. Reddy
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Ross Cornell and Bryan Estrada

CV-30 (05/13)                               NOTICE OF INTERESTED PARTIES