**CALLAHAN & BLAINE, APLC**
David J. Darnell (SBN 210166)
ddarnell@callahan-law.com
Gaurav K. Reddy (SBN 259496)
greddy@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiffs Ross Cornell and
Bryan Estrada

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ross Cornell, an individual, and Bryan Estrada, an individual;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Office of the District Attorney, County of Riverside, and Does 1-100, inclusive;<br><br>　　　　Defendants. | Case No. 5:22-cv-00789 JWH (SHKx)<br><br>[Assigned to Hon. John W. Holcomb]<br><br>**NOTICE OF ERRATA TO MOTION FOR PRELIMINARY INJUNCTION [DOCKET NUMBER 22]**<br><br>Date:　June 24, 2022<br>Time:　9:00 a.m.<br>Courtroom:　9D<br><br>Action Filed:　May 9, 2022<br>Trial Date:　　None set |

1  **PLEASE TAKE NOTICE** that the Motion for Preliminary Injunction (Dkt.
2  No. 22), filed and served on May 27, 2022, was inadvertently entered for the
3  incorrect judge in the PACER system only. All of the captions on the motion
4  papers, however, listed the correct judge and department.
5  For the sake of clarity – as listed on the captions of the motion papers – the
6  Motion for Preliminary Injunction is scheduled to be heard before the **Honorable**
7  **John W. Holcomb** in Courtroom **9D** on June 24, 2022 at 9:00 a.m., not in Judge
8  Cynthia Holcomb Hall's courtroom as reflected in the docket text based on the
9  erroneous PACER entry.

Dated: May 27, 2022                     **CALLAHAN & BLAINE, APLC**

By: */s/ Gaurav K. Reddy*
    Gaurav K. Reddy
    Attorney for Plaintiffs Ross Cornell and
    Bryan Estrada Attorneys for Plaintiffs
    Ross Cornell and Bryan Estrada

# CERTIFICATE OF SERVICE

## [FRCP 5(B)]

### Ross Cornell v. Office of the District Attorney, County of Riverside
### USDC, Western Division, Case No.: 5:22-cv-00789 JWH (SHKx)

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707. My email address is cgallardo@callahan-law.com.

On **May 27, 2022**, I served the following document(s) described as **NOTICE OF ERRATA TO MOTION AND MOTION FOR PRELIMINARY INJUNCTION [DOCKET NUMBER 22]** on the interested parties in this action by placing: ☐ the original ☒ a true copy to the following e-mail addresses as follows:

| | |
|---|---|
| Riverside County District Attorney<br>Timothy S. Brown, Esq.<br>3960 Orange Street<br>Riverside, CA 92501<br>Telephone: (951) 955-5400<br>Email: TimothyBrown@rivcoda.org | Attorneys for Defendant, Office of the District Attorney, County of Riverside |

☒ **BY EMAIL:** My electronic service address is cgallardo@callahan_law.com. I transmitted the foregoing documents by electronic mail to the party(s) identified on the attached service list by using the electronic mail as indicated. Said electronic mail was verified as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **May 27, 2022**, at Santa Ana, California.

*/s/ Carina Gallardo*
Carina Gallardo