| *Attorney or Party without Attorney:* <br>David J. Darnell, Esq. (SBN 210166) <br>CALLAHAN & BLAINE, APLC <br>3 HUTTON CENTER DRIVE Ninth Floor <br>SANTA ANA , CA 92707 <br>   *Telephone No:* (714) 241-4444 | | **For Court Use Only** |
|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br>4427-02 | |
| *Insert name of Court, and Judicial District and Branch Court:* <br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* Ross Cornell, an individual, et al. <br>*Defendant:* Office of the District Attorney, County of Riverside | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br>5:22-cv-00789 JWH (SHKx) |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action First Amended Complaint for Declaratory Relief; FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); NOTICE OF MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF ROSS CORNELL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF BRYAN ESTRADA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF ADELFO CERAME, JR. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED[ ORDER AND PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE [FRCP 5(B)]

3. a. Party served:     Office of the District Attorney, County of Riverside
   b. Person served:   Timothy Brown, Esq., Agent for Service of Process

4. Address where the party was served:   3960 Orange St, Riverside, CA 92501

5. *I served the party:*
   a. **by substituted service.**   On: Fri, May 27 2022 at: 03:35 PM by leaving the copies with or in the presence of:
   Araceli Hernandez , Legal Assistant / Served under F.R.C.P. Rule 4.

   (1) [ ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]   **(Declaration of Mailing)** is attached.
   (4) [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>David J. Darnell, Esq. (SBN 210166)<br>CALLAHAN & BLAINE, APLC<br>3 HUTTON CENTER DRIVE Ninth Floor<br>SANTA ANA , CA 92707<br>    Telephone No:  (714) 241-4444<br><br>    Attorney For:   Plaintiff | Ref. No. or File No.:<br>4427-02 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:  Ross Cornell, an individual, et al.<br>Defendant: Office of the District Attorney, County of Riverside | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-00789 JWH (SHKx) |

6. **Person Who Served Papers:**
   a. Jose Fuerte (PS-001978, Riverside County)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** for Service was: $214.52
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

05/31/2022

(Date)            (Signature)



| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David J. Darnell, Esq. (SBN 210166)<br>CALLAHAN & BLAINE, APLC<br>3 HUTTON CENTER DRIVE Ninth Floor<br>SANTA ANA , CA 92707<br>  *Telephone No:*  (714) 241-4444<br>  *Attorney For:*  Plaintiff     *Ref. No. or File No.:* 4427-02 | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
| *Plaintiff:* Ross Cornell, an individual, et al.<br>*Defendant:* Office of the District Attorney, County of Riverside | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-00789 JWH (SHKx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action First Amended Complaint for Declaratory Relief; FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); NOTICE OF MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF ROSS CORNELL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF BRYAN ESTRADA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF ADELFO CERAME, JR. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED[ ORDER AND PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE [FRCP 5(B)]

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, May 31, 2022
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: Office of the District Attorney, County of Riverside
      3960 Orange St, Riverside, CA 92501

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, May 31, 2022 in the ordinary course of business.

5. **Person Serving:**                                Recoverable cost Per CCP 1033.5(a)(4)(B)
   a. DAVID LEDESMA (2891, Orange County)         **d. The Fee** for Service was: $214.52
   b. FIRST LEGAL                                  e. I am: Not a Registered California Process Server
     600 W. Santa Ana Boulevard, Suite 101
     SANTA ANA, CA 92701
   c. (714) 541-1110

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

05/31/2022                                        *David Ledesma*
(Date)                                            (Signature)