CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ross Cornell, an individual, and Bryan Estrada, an individual;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Office of the District Attorney, County of Riverside, and Does 1-100, inclusive;<br><br>　　　　　Defendants. | Case No. 5:22-cv-00789 JWH (SHKx)<br><br>[Assigned to Hon. John W. Holcomb]<br><br>**ORDER GRANTING STIPULATION REGARDING FIRST AMENDED COMPLAINT AND PRELIMINARY INJUNCTION HEARING**<br><br>[*Stipulation filed concurrently herewith*]<br><br>Action Filed: May 9, 2022<br>Trial Date:　　None set |

ORDER GRANTING STIPULATION REGARDING FIRST AMENDED COMPLAINT
AND PRELIMINARY INJUNCTION HEARING

Having reviewed the concurrently filed Stipulation Regarding First Amended Complaint and Preliminary Injunction Hearing and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. Service of the First Amended Complaint (Dkt. No. 18; hereafter, "FAC") on Defendant is deemed completed on June 9, 2022.

2. The hearing on the Motion for Preliminary Injunction (Dkt. No. 22; hereafter, the "Motion") is **SET** for 9:00 a.m. on July 8, 2022, in Courtroom 9D.

3. Defendant's opposition to the Motion shall be filed by June 17, 2022.

4. Plaintiffs' reply in support of the Motion shall be filed by June 24, 2022.

**IT IS SO ORDERED.**

DATED: June 10, 2022

THE HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION REGARDING FIRST AMENDED
COMPLAINT AND PRELIMINARY INJUNCTION HEARING