# Exhibit "2"

