# Exhibit "3"

4:09

Open in App    yelp

Restaurants    Home Services    More

(951) 735-1642                                          Call Now

## Visit Website
http://coronaanimalhospital.com

## More Info
Hours

## From the Business

## COVID-19 updates

"We are currently unable to accept new clients until further notice. During COVID-19, we will be shortening our weekday hours to 8am - 4pm, and Saturday vaccine clinic will be postponed indefinitely."

Show less

Posted on July 7, 2020

ASK THE COMMUNITY

View 1 Question

REVIEW HIGHLIGHTS

"**Dr. Lee** and his staff have always been so attentive with my questions, concerns and are so wonderful with Mina."

Mentioned in 51 reviews

 yelp.com