# Exhibit "6"



