# Exhibit "7"



