# Exhibit "8"









