# Exhibit "9"

