# Exhibit "1"

Case 5:22-cv-00789-JWH-SHK   Document 34-12   Filed 06/24/22   Page 1 of 2   Page ID #:492

# ADA LAWYER

111 W. Ocean Blvd., Suite 400 | Long Beach, CA 90802 • (844) ADA-LAWS | info@adalawyer.com



## Verification Code



| | |
|---|---|
| Location: | (Lat: 33.879673, Long: -117.597000) |
| Record Date: | 2020-06-26 15:48:49 |
| Complaint Number: | 8622011 |



### PRIVILEGED AND CONFIDENTIAL

Be advised that this document contains confidential and/or legally privileged information and is for the sole use of the intended recipient. If you have received this document in error, please immediately destroy it. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. The unintended transmission or disclosure of this document is not intended as a waiver of attorney-client, work product or any other privilege.