# Exhibit "1"

