# Exhibit "3"



