CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

**CALLAHAN & BLAINE, APLC**
David J. Darnell (SBN 210166)
ddarnell@callahan-law.com
Gaurav K. Reddy (SBN 259496)
greddy@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiffs Ross Cornell and Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ross Cornell, an individual, and Bryan Estrada, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>Office of the District Attorney, County of Riverside, and Does 1-100, inclusive;<br><br>Defendants. | Case No. 5:22-cv-00789 JWH (SHKx)<br><br>[Assigned to Hon. John W. Holcomb]<br><br>**DECLARATION OF DAVID J. DARNELL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>[*Filed concurrently with Reply, Declarations of Ross Cornell, Bryan Estrada, Charles Ballard, and Fred Pantoja, Objections to Defendant's Evidence, and Response to Defendant's Evidentiary Objections*]<br><br>Date: July 8, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D<br><br>Action Filed: May 9, 2022<br>Trial Date:   None set |

DECLARATION OF DAVID J. DARNELL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

# DECLARATION OF DAVID J. DARNELL

I, David J. Darnell, hereby declare as follows:

1. I am duly admitted to practice law in the State of California. I am an attorney with the law firm of Callahan & Blaine, APLC, counsel of record for Plaintiffs Ross Cornell and Bryan Estrada ("Plaintiffs") in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Reply In Support of their Motion for Preliminary Injunction (the "Motion"). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. My office engaged Advanced One Legal to create a certified transcript of the audio recording of the interview with Bryan Estrada that was attached to the Declaration of Timothy Brown (Dk. No. 29-1) in Support of Defendant's Opposition to the Motion. A true and correct copy of Advanced One Legal's certified transcript of the recording is attached hereto as **Exhibit 1**.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 24, 2022 in Santa Ana, California.

_____
David J. Darnell

- 1 -
DECLARATION OF DAVID J. DARNELL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION