CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ross Cornell, an individual, and Bryan Estrada, an individual;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Office of the District Attorney, County of Riverside, and Does 1-100, inclusive;<br><br>　　　　　Defendants. | Case No. 5:22-cv-00789 JWH (SHKx)<br><br>[Assigned to Hon. John W. Holcomb]<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION RE: UNDER SEAL FILING PURSUANT TO LOCAL RULE 79-5**<br><br>Date:　　, 2022<br>Time:　9:00 a.m.<br>Courtroom:　9D<br><br>Action Filed: May 9, 2022<br>Trial Date:　None set |

- 1 -
CAPTION

Plaintiffs' Application Re: Under Seal Filing Pursuant to Local Rule 79-5 ("Application") having been read and considered, and good cause having been shown, the Court finds that such Application should be **GRANTED**.

It is hereby **ORDERED** that the following materials shall be filed under seal and allowed to be partially redacted from the public docket, as requested in Plaintiffs' Application:

1. Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction;

2. Declaration of David J. Darnell and Exhibit 1 thereto;

3. Declaration of Bryan Estrada in Support of Plaintiff's Reply in Support of Plaintiff's Motion for Preliminary Injunction; and

4. Plaintiffs' Objections to Defendant's Evidence in Support of its Oppositions to Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

DATED: June 27, 2022

THE HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE