1  Douglas C. Smith, Esq. (State Bar No.160013)
   dsmith@smitlaw.com
2  Karen L. Capasso, Esq. (State Bar. No. 226655)
   kcapasso@smitlaw.com
3  SMITH LAW OFFICES, LLP
   4001 Eleventh Street
4  Riverside, California 92501
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356

6  Attorneys for Defendant
   COUNTY OF RIVERSIDE (and erroneously
7  sued herein as OFFICE OF THE DISTRICT
   ATTORNEY)
8

9              UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ROSS CORNELL, an individual, and BRYAN ESTRADA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF RIVERSIDE and DOES 1-100, inclusive;<br><br>Defendants. | CASE NO.: 5:22-cv-00789-JWH (SHKx)<br><br>**DEFENDANT COUNTY OF RIVERSIDE'S REQUEST FOR LEAVE TO FILE SUR REPLY TO PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:   7/8/22<br>TIME:   9:00 a.m.<br>CTRM.:  9D<br><br>[Filed Concurrently with Sur-Reply to Plaintiff's Reply to Opposition to Motion for Preliminary Injunction; Objections to Plaintiffs' Evidence Submitted with Reply to Opposition to Motion for Preliminary Injunction; and Supplemental Declaration of Timothy Brown]<br><br>*Complaint filed 5/9/22*<br>*First Amended Complaint 5/26/2* |

26  ///

27  ///

28  P:\Case Files\RVC\556.Cornell\p-request.surreply(mpi).wpd              i

**DEFENDANT COUNTY OF RIVERSIDE'S REQUEST FOR LEAVE TO FILE SUR REPLY TO PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant COUNTY OF RIVERSIDE (and erroneously sued herein as OFFICE OF THE DISTRICT ATTORNEY) (hereinafter "County") hereby seeks leave to file and have considered by the Court a Sur-Reply to Plaintiffs' Reply to Opposition to Motion for Preliminary Injunction, for the reasons set for in County's Objections to Evidence Submitted by Plaintiffs in Reply to Opposition to Plaintiff's Motion for a Preliminary Injunction. Should Plaintiff's new evidence in Reply be allowed by the Court, County should be allowed the opportunity to respond via its Sur-Reply, which is filed herewith.

DATED: July 1, 2022            SMITH LAW OFFICES, LLP

By  */s/ Karen L. Capasso*
    Douglas C. Smith
    Karen L. Capasso
    Attorneys for Defendant
    COUNTY OF RIVERSIDE

P:\Case Files\RVC\556.Cornell\p-request.surreply(mpi).wpd   1

**DEFENDANT COUNTY OF RIVERSIDE'S REQUEST FOR LEAVE TO FILE SUR REPLY TO PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**