UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 22-00789-JWH(SHKx) | Date | July 8, 2022 |
| Title | *Ross Cornell v. Office of the District Attorney, County of Riverside* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Deborah Lewman | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>David Darnell<br>Guarav K. Reddy | Attorney(s) Present for Defendant(s):<br>Douglas C. Smith |

**Proceedings:   MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 22]; REQUEST FOR LEAVE TO FILE SUR REPLY RE MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 38]**

Counsel state their appearances.  The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.

The Court takes the motion [ECF No. 22] under submission.  The Court **GRANTS** the Request for Leave to File Sur Reply [ECF No. 38].

**IT IS SO ORDERED.**

Time:  01:34
Initials of Preparer: djl