JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS CORNELL, an individual, and BRYAN ESTRADA, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF RIVERSIDE, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 5:22-cv-00789-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Memorandum Opinion and Order on Plaintiffs' Motion For Preliminary Injunction [ECF No. 22]" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the First Amended Complaint [ECF No. 18] filed by Plaintiffs Ross Cornell and Bryan Estrada.

2. The Court deems it appropriate to **ABSTAIN** from exercising jurisdiction over the claims that Plaintiffs assert in their First Amended Complaint, pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

3. Accordingly, the First Amended Complaint is **DISMISSED for lack of jurisdiction**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 25, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE